No. 90–5346.  WELLINGTON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5347.  GRASTY *v.* QUARLES, SUPERINTENDENT, RIVERSIDE CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 90–5348.  GETROST *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–5349.  KNOTT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–5350.  TAYLOR *v.* EIGHTH JUDICIAL DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 90–5351.  SINDRAM *v.* STEUBEN COUNTY, NEW YORK, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 90–5354.  SHIPES *v.* GALLEY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5355.  PETTIT *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–5357.  FRAZIER *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 90–5359.  BISHOP *v.* DOE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–5360.  CARLTON *v.* JABE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–5361.  BURTON *v.* NAULT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–5364.  TATE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5365.  SCOTT *v.* JAMES ET AL.  C. A. 8th Cir.  Certiorari denied.